UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 7 2010

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$19,629.00 IN U.S. CURRENCY<br>Defendant | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:10-CV-01218<br>§<br>§<br>§<br>§<br>§ |

## VERIFIED CLAIM OF CLAIMANT

Pursuant to Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (the "Supplemental Rules"), Jorfui Dolly Kandeh asserts her interest and right in $19,629.00 in United States currency currently seized under the Government's verified complaint. In support of Claimant's verified statement, Claimant asserts that;

1. Claimant was the legal owner and/or bailee of the funds that was seized by Customs and Border Protection officer(s) on March 18, 2010 at George Bush Intercontinental Airport in Houston, Texas.

2. Claimant was carrying several envelopes, given to her by various people, for Claimant to give to the families of these people once Claimant was in her native country. *See* statement from Claimant attached as Exhibit "A".

3. These people include, Dende Dorcas Korpoi, Fatoumata Camara, Abdul Pewa, Gladys Mason, Edwin Macfoy, Fatmata Koroma, and Maima Gilyard. *See* affidavits and bank statements from the hereinabove named individuals attached as Exhibit "B".

4. Claimant was the bailee of the funds seized by Customs and Border Protection;

    a. $5,000.00 held in an envelope with the name Fatoumata Camara written on the envelope;

    b. $200.00 held in an envelope with the name Gladys Mason written on the envelope;

    c. $1,000.00 held in an envelope with the name Fatmata Koroma written on the envelope;

    d. $2,000.00 held in an envelope with the name Abdul Pewa written on the envelope;

    e. $1,000.00 held in an envelope with the name Maima Gilyard written on the envelope;

    f. $2,000.00 held in an envelope with the name Edwin Macfoy written on the envelope;

    g. 1,500.00 held in an envelope with the name Dende Dorcas Korpoi written on the envelope.

5. The Government named Jorfui Dolly Kandeh, Dende Dorcas Korpoi, Fatoumata Camara, Abdul Pewa, Gladys Mason, Edwin Macfoy, Fatmata Koroma, and Maima Gilyard's funds and/or property as defendants in its verified complaint and that property remains subject to seizure pending the resolution of forfeiture proceedings. As mentioned above, Claimant was carrying these funds for the benefit of the families for the named individuals. These funds were separate and placed in their own envelope with the name of the individual written on the envelope. Claimant was the person in possession of these funds and exercised dominion and control over the above listed funds. Therefore, because Claimant exercised dominion and

control over these funds and is listed in the complaint, Claimant asserts her right to defend this forfeiture action.

6. Claimant timely files this claim under 18 U.S.C. § 983(a)(4)(A).

**VERIFICATION**

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on June 7, 2010



SWORN AND SUBSCRIBED BEFORE ME ON JUN - 7 2010

DEBORA ANDREA LIBERONA
MY COMMISSION EXPIRES
JANUARY 22, 2013

_____
Jorfui Dolly Kandeh

Respectfully submitted,

**PORTZ & PORTZ**

_____
Craig Peña
SDBN: 639036
SBN: 24053417
1314 Texas Ave., Suite 1001
Houston, Texas 77002
Tel.: (713)223-5299
Fax.: (713)223-1901

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was served via hand delivery and/or certified mail return receipt requested to the Assistant United States Attorney on June 7, 2010.

_____
Craig Peña